IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN A. NORRIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 14-120 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | |
| UNIVERSITY OF PITTSBURGH, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT ORDER**

Consistent with the Order (Doc. 60) dismissing this case without prejudice, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby enters FINAL JUDGMENT against Plaintiffs.  This case has been marked closed.


December 10, 2014                                             s\Cathy Bissoon
                                                              Cathy Bissoon
                                                              United States District Judge


cc (via ECF email notification):

All Counsel of Record